And is Olly v. New York City Department of Control. Thanks. Morning, Mr. Olly. So we are ready to hear your argument. When the red light comes on, you need to begin stopping. And then you'll get two minutes. You've asked for two minutes after your adversary argues to stand up and talk to us again. Good morning, Your Honor. Good morning. I bought this building in 2000, 9719 Jamaica Avenue. I bought this building 2001, okay? Soon after that, I have an architect come and see that everything was in order, okay? I wanted to convert it into a two-family house, okay? And add an office in the first floor, okay? And there's a permit and everything here. And afterward, everything was okay. When a tenant wanted to increase the lease further, and I wanted to raise the rent, he said, no, I'm not going to pay them more rent. And then he started giving me hard time. And then one day, fire department gave me a call that there's a garbage there, okay? And I said the issue, and it was a garbage from the store owner. So I told the store owner that you have to remove the garbage yourself, okay? And then soon after, everything was going okay, I didn't know about this thing. And then one day I was on the job, and I got a call from the department building that we are closing down the building. And later on, when I was not getting any rent from the tenant, in the civil court, I filed a suit, okay? And when I got the position through the marshal, and then I saw this violation, okay? And the department of building just closed down the building without my authorization, without my permission. And when I called them, they said, you cannot go, you have to get the key from the department building. I tried several times, but I didn't get the keys. And ultimately, and then I tried to reopen the violation. It was denied, okay, until this, and they said, you cannot open the case until I found out there was another property I found out. That they denied initially the violation, and they opened the violation, this is the violation. And then, they say, when I filed the suit to open it to the federal court, they say you cannot do it. But I tell you that the three things, they say this for the New York City, they say the same address, and the same person, even it is a change of name. So it is the same thing for them, and I have two violations, they're the same, treated. So why it is this not treated the same way as it is treated for this two property? One is Hassan Lizzie, and the other one is Madhavi group, okay, same thing. So let me ask you one question, and then your red light's about to come on, so you can answer that, and then you'll have a chance to argue again. The building that we're talking about is not owned by you personally, but it's owned by an LLC, correct? Initially owned by me, then I just changed it to an LLC. You changed the ownership into that LLC. And after that, the court had, sorry, not the court, it was closed down. It was closed down, and then in two similar situations, that when there was a violation for the garbage or something, we went to go to the court and they did the same thing, they give the summons to the violation and penalty. We'll hear what Mr. Popalow, Attorney Popalow has to say, and then you'll have a chance to respond to that. Thank you. Good morning, your honors. May it please the court, appellees will, certainly unless the court has questions for us, will rest on our brief. Thank you, Mr. Popalow. Anything more you want to add? They have said they're going to rest on the papers that they have submitted. You have a chance to say anything more that you would like. Or we will consider the case, we'll deem it submitted, and we'll consider the case and get you an answer shortly. So this is the same thing that this is a property. I mean, I maintain very well, it's not, and there was no partition, nothing I created, no work. And then this people, and they keep entering into my building without my permission. And even they close down, they keep coming in my building, they're fixing the building and putting penalties and the charges on me. And then I showed to the contractor and they said, this is, there's no damage, the garden they were talking about. Actually, it was the basement, the light was not so proper, so there was a wire. And in that wire, the thing is a crack. I mean, the problem, Mr. Ali, is that the federal court probably, at least, cannot do anything about these matters that need to be taken up within the state system and maybe the administrative system. So you may be in the wrong place to try to get the relief you're looking for. But we will consider your argument, we have your papers, and we'll study them carefully. But they're denying me to open the case, this violation, because I will never serve the violation. So I want to open so I can tell them that I didn't do anything wrong. Understand. Thank you. Thank you both. We'll reserve decision.